Case 2:17-cv-03118-MAK   Document 51-2   Filed 03/08/19   Page 1 of 3

Jared McClure - PMK                                                              Knight vs. Midland Credit Management, Inc.

```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF PENNSYLVANIA
 3
 4  RENEISHA KNIGHT, on behalf    )
    of herself and all other      )
 5  similarly situated consumers, )
                                  )
 6           Plaintiff,           )
                                  )
 7       vs.                      ) Case No. s:17-cv-03118
                                  )
 8  MIDLAND CREDIT MANAGEMENT, INC.,)
                                  )
 9           Defendant.           )
    _____)
10
11
12
13
14        DEPOSITION OF PERSON MOST KNOWLEDGEABLE
15                     JARED McCLURE
16                  SAN DIEGO, CALIFORNIA
17                   FEBRUARY 13, 2019
18
19
20
21
22
23  REPORTED BY:
    KATRINA F. BURLASON
24  RPR, CSR NO. 5898
25  JOB NO.:  10052252
```

```
                                                          Page 2
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF PENNSYLVANIA
 3
 4  RENEISHA KNIGHT, on behalf    )
    of herself and all other      )
 5  similarly situated consumers, )
                                  )
 6           Plaintiff,           )
                                  )
 7       vs.                      ) Case No. s:17-cv-03118
                                  )
 8  MIDLAND CREDIT MANAGEMENT, INC.,)
                                  )
 9           Defendant.           )
    _____)
10
11
12
13
14
15
16
17
18       Deposition of Person Most Knowledgeable
19                    JARED McCLURE,
20  taken by Plaintiff, at Aptus Court Reporting, 600 West
21  Broadway, Suite 300, in San Diego, California, on
22  Wednesday, February 13, 2019, beginning at 11:30 a.m.
23  and concluding at 1:54 p.m., before Katrina F. Burlason,
24  RPR, Certified Shorthand Reporter No. 5898, pursuant to
25  Notice.
```

```
                                                          Page 3
 1              I N D E X
 2  WITNESS:  P.M.K. JARED McCLURE                PAGE
 3  Examination by Mr. Zemel                       7
 4  Examination by Mr. Schwartz                   81
 5
 6
 7            E X H I B I T S
 8  PLAINTIFF'S:      DESCRIPTION                 PAGE
 9  Exhibit A    Plaintiff's Notice of Taking      8
                 Deposition of Defendant ERC's
10               Representatives Pursuant to
                 Fed. R. Civ. P. 30(B)(6),
11               3 Pages
12  Exhibit B    Exhibit A Letter to Knight       30
                 from the Complaint
13
    Exhibit C    Revised Template Letter to       31
14               Branch from Exhibit A, 2 Pages
15  Exhibit D    Midland's Production, Bates 1-39 56
16  Exhibit E    Defendant Midland Credit         70
                 Management, Inc.'s Answer to
17               Plaintiff's Second Amended
                 Complaint
18
19  Exhibit F    8-24-2015 Letter to Branch       72
20  Exhibit G    11-02-2016 Letter to Branch      75
21  Exhibit H    3-08-2017 Letter to Branch       79
22  Exhibit I    1-27-2016 Letter to Branch       80
23
24
25
```

```
                                                          Page 4
 1  I N D E X (C O N T I N U E D)
 2
 3
 4     INFORMATION REQUESTED:
 5         PAGE     LINE
 6           (NONE)
 7
 8
 9     QUESTIONS INSTRUCTED:
10         PAGE     LINE
11          71       14
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                         Page 1
 1            UNITED STATES DISTRICT COURT
 2          EASTERN DISTRICT OF PENNSYLVANIA
 3
 4  RENEISHA KNIGHT, on behalf     )
    of herself and all other       )
 5  similarly situated consumers,  )
                                   )
 6            Plaintiff,           )
                                   )
 7       vs.                       ) Case No. s:17-cv-03118
                                   )
 8  MIDLAND CREDIT MANAGEMENT, INC.,)
                                   )
 9            Defendant.           )
    _____)
10
11
12
13
14       DEPOSITION OF PERSON MOST KNOWLEDGEABLE
15                    JARED McCLURE
16                SAN DIEGO, CALIFORNIA
17                 FEBRUARY 13, 2019
18
19
20
21
22
23  REPORTED BY:
    KATRINA F. BURLASON
24  RPR, CSR NO. 5898
25  JOB NO.:  10052252
```

```
                                                         Page 2
 1            UNITED STATES DISTRICT COURT
 2          EASTERN DISTRICT OF PENNSYLVANIA
 3
 4  RENEISHA KNIGHT, on behalf     )
    of herself and all other       )
 5  similarly situated consumers,  )
                                   )
 6            Plaintiff,           )
                                   )
 7       vs.                       ) Case No. s:17-cv-03118
                                   )
 8  MIDLAND CREDIT MANAGEMENT, INC.,)
                                   )
 9            Defendant.           )
    _____)
10
11
12
13
14
15
16
17
18      Deposition of Person Most Knowledgeable
19                    JARED McCLURE,
20  taken by Plaintiff, at Aptus Court Reporting, 600 West
21  Broadway, Suite 300, in San Diego, California, on
22  Wednesday, February 13, 2019, beginning at 11:30 a.m.
23  and concluding at 1:54 p.m., before Katrina F. Burlason,
24  RPR, Certified Shorthand Reporter No. 5898, pursuant to
25  Notice.
```

```
                                                         Page 3
 1               I N D E X
 2  WITNESS:  P.M.K. JARED McCLURE                PAGE
 3  Examination by Mr. Zemel                         7
 4  Examination by Mr. Schwartz                     81
 5
 6
 7           E X H I B I T S
 8  PLAINTIFF'S:        DESCRIPTION                PAGE
 9  Exhibit A     Plaintiff's Notice of Taking       8
                  Deposition of Defendant ERC's
10                Representatives Pursuant to
                  Fed. R. Civ. P. 30(B)(6),
11                3 Pages
12  Exhibit B     Exhibit A Letter to Knight        30
                  from the Complaint
13
    Exhibit C     Revised Template Letter to        31
14                Branch from Exhibit A, 2 Pages
15  Exhibit D     Midland's Production, Bates 1-39  56
16  Exhibit E     Defendant Midland Credit          70
                  Management, Inc.'s Answer to
17                Plaintiff's Second Amended
                  Complaint
18
19  Exhibit F     8-24-2015 Letter to Branch        72
20  Exhibit G     11-02-2016 Letter to Branch       75
21  Exhibit H     3-08-2017 Letter to Branch        79
22  Exhibit I     1-27-2016 Letter to Branch        80
23
24
25
```

```
                                                         Page 4
 1  I N D E X (C O N T I N U E D)
 2
 3
 4     INFORMATION REQUESTED:
 5         PAGE      LINE
 6          (NONE)
 7
 8
 9     QUESTIONS INSTRUCTED:
10         PAGE      LINE
11          71        14
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:17-cv-03118-MAK   Document 51-2   Filed 03/08/19   Page 3 of 3

Jared McClure - PMK                                                    Knight vs. Midland Credit Management, Inc.

Page 29
1   A.  We only track for whether or not the person
2  called in or not.
3   Q.  Okay.  Let's go straight to the letter in the
4  case.
5       MR. ZEMEL:  Andrew, do you want a copy of the
6  letter?
7       MR. SCHWARTZ:  Well, we may have to go off the
8  record before you provide this, because that's not the
9  -- I've asked for the complete letter, which is the
10 reverse side.  And, also, that letter is cut off.  I
11 only have a template.
12      Can we go off the record?
13      MR. ZEMEL:  We can go off the record.
14      (Discussion held off the record.)
15 BY MR. ZEMEL:
16  Q.  Back on.
17      Actually I want to ask you just a little bit
18 about letter vendors.  Does Midland create and mail out
19 the letters themselves or do they hire third parties?
20  A.  What do you mean by "create and mail"?
21  Q.  Do they print the letters out themselves and
22 mail them themselves, or do they hire third-party
23 companies to do that?
24  A.  Typically we do not print them.  There are
25 some that we will print on small scale.  But typically a

Page 30
1  print vendor will handle the actual printing and then
2  sending of the letter.
3   Q.  And which print vendors does Midland use?
4   A.  We use a number of them, and they've changed
5  over time.
6   Q.  At any given time are you using one or many
7  throughout the country?
8   A.  It's typically one primary and a couple
9  smaller vendors that we'll use.
10  Q.  Okay.  I'm going to mark Exhibit B, which is
11 Exhibit A from the complaint filed in this action.
12      (Exhibit B marked for identification by
13      the Certified Shorthand Reporter.)
14      MR. SCHWARTZ:  Again, for the record, this is
15 only a partial front page of the July 20th, 2016,
16 letter.  It's missing some instructions as well as the
17 payment coupon, as well as the backer, which has
18 additional information.
19      MR. ZEMEL:  And let's go off the record for a
20 second.
21      (Discussion held off the record.)
22 BY MR. ZEMEL:
23  Q.  Let's go on the record with this and we'll
24 clarify what this is.
25      So I'm going to mark this as Exhibit C.

Page 31
1       (Exhibit C marked for identification by
2       the Certified Shorthand Reporter.)
3  BY MR. ZEMEL:
4   Q.  Okay.  So, Mr. McClure, Exhibit B is the
5  exhibit attached to the complaint in this action as
6  Exhibit A.  Exhibit B, from my understanding, is a
7  similar form template but not quite the same.
8       Is that right?
9   A.  Exhibit C or B?
10  Q.  The difference between Exhibit -- yeah,
11 Exhibit C.
12  A.  Correct.  Exhibit C is a slightly different
13 form as Exhibit B.
14  Q.  Can you -- I'm sorry.
15      Can you explain for the record what the
16 difference is between Exhibit C and what was provided to
17 the plaintiff as Exhibit B.
18  A.  There are several subtle changes.  So you'll
19 see, beneath the MC account number, Current Balance
20 Discount, there's a shifting of information, a -- slight
21 font size differences and square sizes.  Also has the
22 backer -- The scrolls are just slightly different.  The
23 paragraph structure on the front is a smaller font, and
24 spacing's a little bit changed as well.
25  Q.  Okay.  Other than those -- Well, strike that.

Page 32
1       Also along the bottom there is a -- there's a
2  "the law limits," which is in Exhibit C but not in
3  Exhibit B; is that right?
4   A.  That's correct.  And then there's also the,
5  "After receiving your final payment, we will consider
6  the account paid," is not on the Exhibit C.
7   Q.  Okay.  And the information below all of this,
8  which is the payment coupon, was that the same between
9  Exhibit C and Exhibit B?
10  A.  They should be approximately the same.
11  Q.  Okay.  So let's go looking at -- Let's start
12 looking only at Exhibit B.  Is Exhibit B a form
13 template?
14  A.  Exhibit B is a actual letter sent to the
15 plaintiff.
16  Q.  And is this a template letter that was sent or
17 was this letter created specifically for the plaintiff
18 in this matter?
19  A.  It would have been a form template.
20  Q.  Does this template have a specific name that's
21 used to refer to this template?
22  A.  It does.
23  Q.  What is that name?
24  A.  M003.
25      THE REPORTER:  I'm sorry?