# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEISHA KNIGHT** | : CIVIL ACTION |
| v. | : |
| | : NO. 17-3118 |
| **MIDLAND CREDIT MANAGEMENT INC.** | : |

## ORDER

**AND NOW**, this 5th day of April 2019, upon considering Plaintiff's Motion for partial summary judgment on her claims under the Fair Debt Collection Practices Act (ECF Doc. No. 43), Defendant's Response (ECF Doc. No. 52), Plaintiff's Reply (ECF Doc. No. 56), Defendant's Motion for summary judgment on Plaintiff's claims (ECF Doc. No. 45), Plaintiff's Response to Defendant's Motion (ECF Doc. No. 50), Defendant's Reply (ECF Doc. No. 54), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for partial summary judgment on liability under the Fair Debt Collection Practices Act (ECF Doc. No. 43) is **GRANTED**; and,

2. Defendant's Motion for summary judgment (ECF Doc. No. 45) is **DENIED**.

_____
KEARNEY, J.