UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEISHA KNIGHT, on behalf of herself and all other similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No.: 2:17-cv-3118-MAK |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY'S FEES, AND REPRESENTATIVE'S AWARD

Plaintiff Reneisha Knight hereby moves for final approval of class settlement in the amount of $52,500 for the Class; attorney's fees, costs, and disbursements in the amount of $104,353[1]; class representative award of $5,000, and such other relief as the Court deems proper, for the reasons set forth in the accompanying memorandum of law and declaration and exhibit in support.

---

[1] As part of the settlement agreement, Defendant agreed not to oppose up to $102,500 in fees costs. On top of this amount, Plaintiff seeks reimbursement for class administration costs which Defendant has refused to pay (despite agreement that it would pay costs of administration). Plaintiff's expert witness has also not been reimbursed from Defendant's court ordered deposition subpoena, which Plaintiff seeks from Defendant.

Dated: October 31, 2019.

    Respectfully Submitted,

    <u>/s/Daniel Zemel</u>
    Daniel Zemel, Esq.
    Elizabeth Apostola, Esq.
    Zemel Law LLC
    1373 Broad St., Suite 203-C
    Clifton, NJ 07013
    (P) (862) 227-3106
    dz@zemellawllc.com
    ea@zemellawllc.com

    *<u>/s/ Alexander R. Ferrante</u>*
    Alexander R. Ferrante, Esq.
    Gold & Ferrante, P.C.
    261 Old York Road
    Jenkintown, PA 19046
    (215) 872-5127
    Aferrante1@verizon.net


    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October 2019 a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF system.

/s/ Daniel Zemel
Daniel Zemel, Esq.