UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEISHA KNIGHT, on behalf of herself and all other similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No.: 2:17-cv-3118-MAK |

**SUPPLEMENTAL MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY'S FEES, AND REPRESENTATIVE'S AWARD**

Plaintiff Reneisha Knight hereby provides her supplemental motion in support of final approval of class settlement in the amount of $52,500 for the Class; class administration costs identified in the Angeion invoice (Exhibit S); attorney's fees, costs, and disbursements in the amount of $104,353 (Exhibit T); class representative award of $5,000, and such other relief as the Court deems proper, for the reasons set forth in the accompanying memorandum of law and declaration and exhibit in support.

Pursuant to the Court's Preliminary Approval Order dated July 29, 2019, [ECF 86], Plaintiff's counsel hereby attaches as Exhibit S, the Declaration of Andy Morrison, the representative of the Settlement Administrator, Angeion Group, LLC. This declaration indicates that there were no objections or opt-outs received from any of the class members in this action. As noted in the underlying motion, this finding weighs in favor of approval under the second factor from *Girsh v. Jepson*, 521 F.2d 153, 157 (3d Cir. 1975). Attached as Exhibit T is Plaintiff's Final Attorneys' Fees Spreadsheet.

1

For reasons elucidated in Plaintiff's underlying brief, Plaintiff respectfully requests that the Court approve Plaintiff's request for final approval of the class settlement; the class award of $52,500; attorney's fees, costs, and disbursements of $104,353; class administration costs identified in the Angeion invoice, and an award of $5,000 to the class representative, Reneisha Knight.

Dated: November 25, 2019.

Respectfully Submitted,

/s/Daniel Zemel
Daniel Zemel, Esq.
Elizabeth Apostola, Esq.
Zemel Law LLC
1373 Broad St., Suite 203-C
Clifton, NJ 07013
(P) (862) 227-3106
dz@zemellawllc.com
ea@zemellawllc.com

/s/ Alexander R. Ferrante
Alexander R. Ferrante, Esq.
Gold & Ferrante, P.C.
261 Old York Road
Jenkintown, PA 19046
(215) 872-5127
Aferrante1@verizon.net

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November 2019 a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF system.

/s/ Daniel Zemel
Daniel Zemel, Esq.