# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEISHA KNIGHT**, on behalf of herself and all other similarly situated consumers,<br>　　　　　Plaintiff,<br>**vs.**<br>**MIDLAND CREDIT MANAGEMENT, INC.**,<br>　　　　　Defendant. | **Civil Action No.**<br>2:17-cv-3118-MAK<br><br>**CLASS ACTION** |

### DEFENDANT MIDLAND CREDIT MANAGEMENT, INC'S UNOPPOSED MOTION FOR MODIFICATION OF THE DECEMBER 4, 2019 FINAL APPROVAL ORDER

Defendant Midland Credit Management, Inc. respectfully moves the Court for a modification of the December 4, 2019 Final Approval Order, stating as follows:

1. The December 4, 2019 Final Approval Order provided that Settlement Administrator shall issue checks on a pro rata basis from the settlement fund to the class "no later than three business days after the time to appeal a final Order". See ¶5 of the December 4, 2019 Order.

2. I have been informed by the Settlement Administrator that, due to the holidays, the check cutting cannot be done within three business days after the deadline to appeal the final order.

3. Defendant respectfully requests that the Settlement Administrator be permitted an additional five (5) business days to distribute the checks to the class, on or before January 10, 2020.

1

4. The class fund has been received by Angeion Group, the settlement administrator in the amount of fifty-four thousand five hundred dollars ($54,500.00).

5. The payment of three thousand dollars ($3,000) has been received by the Zemel Law Firm for the Class Representative.

6. Payment of one hundred three thousand and four hundred dollars ($103,400) has been received by the Zemel Law Firm (the $102,500 fees and costs award, plus the $900 for the website).

Respectfully submitted,

**GORDON REES
SCULLY MANSUKHANI**

*/s/ Andrew M. Schwartz*
Andrew M. Schwartz
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103
☎ 215-717-4023
🖷 215-693-6650
✉ amschwartz@grsm.com
Counsel for Defendant,
Midland Credit Management, Inc.

SO ORDERED,

_____
KEARNEY, J.