UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEISHA KNIGHT, on behalf of herself and all other similarly situated consumers, | ) Case No.: 2:17-cv-03118-MAK<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) |
| MIDLAND CREDIT MANAGEMENT INC., | ) |
| Defendant. | ) |

## DECLARATION OF DANIEL ZEMEL

I, Daniel Zemel, affirm, depose and state as follows:

1. I received two checks from Defendant in this matter on January 3, 2020.

2. One check was for attorney's fees and costs, and the other check was for Ms. Knight.

3. I have deposited the check for attorney's fees and costs into my firm's trust account.

4. I will not deposit these funds from the trust account into my firm's business account until the class settlement funds are distributed to the class.

5. Further, I have not and will not mail Ms. Knight's check until the class settlement funds are distributed to the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of January, 2020.

*/s/ Daniel Zemel*
ZEMEL LAW, LLC
1373 Broad St. Suite 203C
Clifton, New Jersey 07013
T: (862) 227-3106
F: (973) 282-8603
DZ@zemellawllc.com